| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jason Brett Schwartz, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for SN Servicing Corporation<br>as servicer for U.S. Bank Trust National Association, as<br>Trustee of BKPL-EG Series I Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | Order Filed on January 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>Beth J. Galloway,<br><br>Debtor. | CASE NO.: 21-18879-ABA<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Andrew B. Altenburg Jr.<br><br>HEARING DATE: January 17, 2023 at 10:00 A.M. |

## ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 17, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Beth J. Galloway
Case Number: 21-18879-ABA
Caption of Order: **Order on Motion to Allow Late Filing of Proof of Claim**

    Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, (hereinafter "Secured Creditor"), to allow the late filing of its Proof of Claim as to certain real property described as 7759 Corbett Avenue, Pennsauken, NJ 08109, and no opposition having been timely received, and for cause shown, it is

    **ORDERED** as follows:

1.    Despite the January 25, 2022 bar date, the late filing of Secured Creditor's Proof of Claim to be allowed, is allowed and deemed timely filed.

2.    It is further **ORDERED** that the Chapter 13 Trustee shall pay the Creditor's Claim in accordance with the confirmation order as a general secured claim.

3.    The Movant shall serve this Order on the Debtor, any trustee and other party who entered an appearance on the motion.